# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                      CASE NO. 6:19-cr-10079-JWB-1

**RAUL HERNANDEZ-PINEDA,**

      Defendant.

# INDICTMENT

The Grand Jury Charges:

### COUNT 1

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,
A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
21 U.S.C. § 841(a)(1)**

On or about April 26, 2019, in the District of Kansas, the defendant,

**RAUL HERNANDEZ-PINEDA,**

knowingly and intentionally possessed, with the intent to distribute 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**A TRUE BILL.**

May 8, 2019                          s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks.S.Ct. No. 15845