AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-10079-JWB |
| Raul Hernandez-Pineda, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Raul Hernandez-Pineda                                                                          .

Date:   05/10/2019

Chekasha Ramsey
*Attorney's signature*

Chekasha Ramsey, #78476
*Printed name and bar number*

500 State Ave., Suite 201
Kansas City, KS 66101

*Address*

che_ramsey@fd.org
*E-mail address*

(913) 551-6712
*Telephone number*

(913) 551-6562
*FAX number*