**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

UNITED STATES OF AMERICA,

    Plaintiff,

v.            Case No: 19-10079-01-JWB

RAUL HERNANDEZ-PENEDA,

    Defendant.

| JUDGE: | Judge James | DATE: | 5/10/2019 |
|---|---|---|---|
| CLERK: | Carol Kuhl | TAPE/REPORTER: | FTR Network @ 1:50 PM |
| INTERPRETER: | Marcela Renna | PROBATION: | Amanda Hudson |

Time in court: 13 minutes in court.

## PROCEEDINGS

☒ Initial Rule 5/Rule 5(c)(3) ☐ Initial Revocation Hearing ☐ Bond Hearing
☐ Detention Hearing ☐ Preliminary Hearing ☐ Bond Revocation Hearing
☐ Arraignment held
☐ Discovery Conference
☒ Interpreter Sworn
☒ Charges and penalties explained to defendant
☒ Defendant sworn/examined re: financial status
☒ Counsel Appointed
☒ Constitutional Rights Explained
☐ Waived Reading of: ☐ Read to Defendant:
    ☐ Indictment
    ☐ Information
    ☐ Number of Counts: 1
☐ Guilty ☐ Not Guilty to count.
☐ Bail Revoked
☐ Bail Fixed at: $_____
☐ Release Order executed ☐ Continued on Present Bail
☒ Remanded to Custody
☐ Status Conference
☒ Detention Hearing to be held on Wednesday, May 15, 2019 at 1:30 PM before Magistrate Judge Birzer in Wichita, KS.  USM to transport for docket.

- Government requests pretrial detention of defendant and requests a continuance of the detention hearing – GRANTED.  Pending detention hearing, defendant shall be held in custody by the U.S. Marshal and produced for the hearing in Wichita, KS.