AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

**FILED**
U.S. District Court
District of Kansas

MAY 1 5 2019

Clerk, U.S. District Court
By _MMM_ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:19-cr-10079-JWB-1 |
| Raul Hernandez-Pineda | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Raul Hernandez-Pineda,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with the intent to distribute a controlled substance. *See attached Indictment for additional charges.

Date: 05/08/2019

s/ M. McGivern
*Issuing officer's signature*

City and state:   Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/8/2019, and the person was arrested on *(date)* 5/9/2019
at *(city and state)* KC/KS.

Date: 5/14/2019

*Arresting officer's signature* SDum

Troy Oberly   SAM
*Printed name and title*