IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
*Plaintiff*,

v.                Case No. 19-10079-01 JWB

**RAUL HERNANDEZ-PINEDA**,
*Defendant*.

_____

**WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**
_____

Pursuant to Fed. R. Civ. P. 5(b) and Rule 83.5.5(c) of the Rules of Practice and Procedure for the United States District Court for the District of Kansas, Mitch E. Biebighauser, Assistant Federal Public Defender for the District of Kansas, hereby enters his appearance on behalf of Raul Hernandez-Pineda in the above-captioned matter.

Counsel would further request that Chekasha Ramsey's name be removed as counsel of record on this case and from the electronic notification list.

Respectfully submitted,

s/ Mitch E. Biebighauser
MITCH E. BIEBIGHAUSER, # 26515
Assistant Federal Public Defender
Kansas Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Phone: 316-269-6445
Fax: 316-269-6175
Email: Mitch_Biebighauser@fd.org

s/ Chekasha Ramsey
CHEKASHA RAMSEY, #78476
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, KS 66101
Phone: 913-551-6712
Fax: 913-551-6562
E-mail: Che_Ramsey@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David Lind
Assistant United States Attorney
David.Lind@usdoj.gov

s/ Mitch E. Biebighauser
MITCH E. BIEBIGHAUSER, # 26515

2